

Epstein Drangel LLP
60 East 42nd Street, Suite 2520, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

October 19, 2020

**VIA E-MAIL**
Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re: *Off-White LLC v. Beijing Yinyu Trading Co., Ltd.*, **Case No. 20-cv-7894**
**Request to Unseal**

Dear Judge Swain,

We represent Plaintiff Off-White LLC ("Plaintiff"), in the above-referenced, matter.[1] We are writing to inform the Court that as of today, all Third Party Service Providers and Financial Institutions have complied with the Temporary Restraining Order entered in this action, accordingly, Plaintiff respectfully requests that this action be unsealed.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: /s/Danielle S. Yamali
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*

The Clerk of Court is respectfully directed to unseal the above-captioned action and all filings therein.
SO ORDERED.
10/19/2020
/s/ Laura Taylor Swain, USDJ

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Application.