UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

OFF-WHITE LLC,

        Plaintiff,

   -v-

ANOGAR-32, et al.,

        Defendants.

-----------------------------------------------------------x

OFF-WHITE LLC,

        Plaintiff,

   -v-

BEIJING YINYU TRADING CO., LTD, et
al.,

        Defendants.

-----------------------------------------------------------x

No. 20-CV-7892 LTS

No. 20-CV-7894 LTS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2020

## SEALED ORDER

    The Court has scheduled a telephonic hearing in the above-captioned matter for Tuesday, **September 29, 2020, at 4:00 p.m**. The hearing will address Plaintiff's recently filed motions for temporary restraining order. To access the call, participants must dial in to 888-363-4734, enter the access code 1527005#, and the security code 1065#. During the call, participants are directed to observe the following rules:

1.    Use a landline whenever possible.

2.    Use a handset rather than a speakerphone.

3.    All callers in to the line must identify themselves if asked to.

4.      Identify yourself each time you speak.

5.      <u>Mute</u> when you are not speaking to eliminate background noise.

6.      Spell proper names.

Persons granted remote access to proceedings are reminded of the general

prohibition against photographing, recording, and rebroadcasting of court

proceedings.  Violation of these prohibitions may result in sanctions, including removal of court

issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or

any other sanctions deemed necessary by the court.

The Court will file this order under temporary seal for substantially the reasons

set forth in the declarations of Danielle S. Yamali and Virgil Abloh.


SO ORDERED.

Dated: New York, New York
        September 29, 2020


                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        United States District Judge