UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

OFF-WHITE LLC,

        Plaintiff,

-v-                                      No. 20-CV-7894 LTS

BEIJING YINYU TRADING CO., LTD, et al.,

        Defendants.

------------------------------------------------------x

## SEALED ORDER

A telephonic conference was held today in the above-captioned matter, at which Plaintiff appeared by counsel. There was no appearance for Defendants, who Plaintiff reports have not yet been served with the summons, complaint, and Temporary Restraining Order dated September 29, 2020 (the "TRO Order").

Plaintiff's request to extend the provisions of the TRO Order is granted through October 27, 2020. On **October 27, 2020, at 2:00 p.m.**, the Court will hold an additional telephonic conference, at which the Court may entertain any further application for extension of the restraining provisions of the TRO Order. Participants may access the call by dialing **888-363-4734**, entering the access code **1527005#**, and the security code **1065#**.

As provided in the TRO Order, the Preliminary Injunction hearing will take place on **October 30, 2020, at 3:30 p.m.** To access the telephonic proceeding, the parties must dial **888-363-4734** and enter the access code **1527005#**, followed by the security code **1065#**. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.) During the call, participants are directed to observe the following rules:

    1. Use a landline whenever possible.

    2. Use a handset rather than a speakerphone.

3. All callers to the line must identify themselves if asked to do so.

4. Identify yourself each time you speak.

5. <u>Mute</u> when you are not speaking to eliminate background noise.

6. Spell proper names.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

Defendants' opposing papers must be filed electronically by **October 20, 2020**, and any reply papers must be filed by **October 26, 2020**. The affidavits filed in support of the Preliminary Injunction (and any filed in opposition) will be considered direct testimony and any live testimony will be limited to cross-examination and redirect. If there is an opposing evidentiary proffer, the parties must meet and confer regarding anticipated live testimony, if any, and logistical proposals therefor, and submit a joint status report to the Court by **October 27, 2020.**

Plaintiff is directed to serve a copy of this Order on Defendants, and to file proof of such service.

The Court will file this order under temporary seal for substantially the reasons set forth in the declarations of Danielle S. Yamali and Virgil Abloh.

SO ORDERED.

Dated: New York, New York
October 13, 2020

/s/ Laura Taylor Swain<br>
LAURA TAYLOR SWAIN<br>
United States District Judge