Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391

Brian Igel (BI 4574)
bigel@bilawfirm.com
BELLIZIO + IGEL PLLC
One Grand Central Place
305 Madison Avenue, 40th Floor
New York, New York 10165
Telephone:    (212)873-0250
Facsimile:    (646)395-1585
*Attorneys for Plaintiff
Off-White LLC*





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br><br>*Plaintiff*<br><br>v.<br><br>BEIJING YINYU TRADING CO., LTD., CHENGDU SHANGKE TECHNOLOGY CO., LTD., DISCOVER-CASE STORE, DONGGUAN CITY HUMEN ZHONGSHENG WEAVING FACTORY, DONGGUAN HUAYU TECHNOLOGY CO., LTD., DONGGUAN MANXUN CLOTHING CORPORATION LTD., FLAWLESS STORE, GHH11 STORE, GUANGZHOU 100 PERCENT CLOTHING CO., LTD., GUANGZHOU DURCASE WIRELESS CO., LTD., GUANGZHOU IDEAL ELECTRONIC TECHNOLOGY LIMTED, GUANGZHOU MC GARMENT ACCESSORIES CO., LTD., HANGZHOU LIN'AN ORIGIN TRADING CO., LTD., JIANGMEN CITY SUNFEI SPORTS CO., LTD., JIANGXI KAIMEI GARMENT CO., LTD., JIATIANXIA TECHNOLOGY (SHENZHEN) CO., | CIVIL ACTION No. _____<br><br>[PROPOSED]<br>ORDER TEMPORARILY<br>SEALING FILE<br><br>FILED UNDER SEAL |

LTD., NEWO (SHENZHEN) TECHNOLOGY CO., LTD., NINGBO HAISHU YINGLI INTERNATIONAL TRADING CO., LTD., QUALITY PRODUCTS MANUFACTURE CO., LTD, SHENZHEN 3 TAKINS TRADING CO., LTD., SHENZHEN AGATHA TECH CO., LTD., SHENZHEN AIMAX INTELLIGENT TECHNOLOGY CO., LTD., SHENZHEN AINTE TECHNOLOGY CO., LTD., SHENZHEN AOTEMAO TECHNOLOGY CO., LTD., SHENZHEN CHENGYI HARDWARE CRAFT ACCESSORIES CO., LTD., SHENZHEN CHENHONG GIFTS CO., LTD., SHENZHEN CITY GECOOL ELECTRONIC TECHNOLOGY LIMITED COMPANY, SHENZHEN DOWNWIND TECHNOLOGY CO., LTD., SHENZHEN FIBERCHENG ELECTRONICS CO., LTD., SHENZHEN HAOXI YANG TRADING CO., LTD., SHENZHEN HENGYUE GIFTS CO., LTD., SHENZHEN JARY TECHNOLOGY CO., LTD., SHENZHEN JEZZ LIFE TECHNOLOGY CO., LTD., SHENZHEN KAILEEX TECHNOLOGY CO., LTD., SHENZHEN PXB TECHNOLOGY CO., LTD., SHENZHEN SIYUANDA TECHNOLOGY CO., LTD., SHENZHEN WANYANG GIFT CO., LTD., SHENZHEN XCZH TECHNOLOGY CO., LTD., SHENZHEN XIN SHENG RONG TRADING CO., LTD., SHENZHEN XINYUHONGSHENG TRADE CO., LTD., SHENZHEN YUEFENG TECHNOLOGY CO., LTD, SHOP3484013 STORE, SHOP5361124 STORE, SHOP900237396 STORE, SHOP910352103 STORE, SICHUAN LAIYUANYIFANG TRADING CO., LTD, STARS ST GLASSES STORE, WADE GROUP COMPANY LIMITED, YIWU BEYOND BELT LIMITED COMPANY, YIWU GUANLONG GARMENT ACCESSORIES CO., LTD., YIWU HOHI JEWELRY CO., LTD., YIWU KAIWEN PLASTIC PRODUCTS CO., LTD., YIWU MENGSHOU ELECTRONIC COMMERCE CO., LTD., YIWU YIMING E-COMMERCE FIRM, YIWU YOUWEI APPAREL CO., LTD., YIWU ZHAOYUAN NEW MATERIALS CO., LTD. and ZHONGSHAN CAIYING TEXTILE CO., LTD.,

*Defendants*

On this day, the Court considered Plaintiff's Application to Temporarily File Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, Plaintiff's Complaint and exhibits attached thereto and Plaintiff's *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery and the supporting declarations of Virgil Abloh and Danielle S. Yamali and exhibits attached thereto under seal for a period of one (1) week, or until further order by the Court.

It is also hereby ORDERED that, notwithstanding this Order to Temporarily Seal File, the Clerk of the Court shall have authority to provide Plaintiff with certified copies of any orders entered in this matter while under seal.

SIGNED this 24th day of September, 2020, at 9:40 a.m.

UNITED STATES DISTRICT JUDGE

1