UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

OFF-WHITE LLC,

       Plaintiff,

  -v-                                            No. 20-CV-7894  LTS

BEIJING YINYU TRADING CO., LTD, et al.,

       Defendants.

--------------------------------------------------------x

## ORDER

In the Court's Order dated November 23, 2020 (Docket Entry No. 42), the Court modified the preliminary injunction order dated November 15, 2020 (Docket Entry No. 38), solely to the extent that the amount of the bond required to be posted by Plaintiff was reduced from $100,000 to $10,000.  The Court hereby instructs the Court's Registry to return the remaining $90,000 to:

       Counsel for Plaintiff Off-White LLC
       Epstein Drangel, LLP
       60 E 42nd Street, Suite 2520
       New York, NY 10165

       SO ORDERED.

Dated: New York, New York
       December 3, 2020

                                                       LAURA TAYLOR SWAIN
                                                     United States District Judge