Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Off-White LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFF-WHITE LLC,

*Plaintiff*

v.

DONGGUAN MANXUN CLOTHING CORPORATION LTD., FLAWLESS STORE, GHH11 STORE, GUANGZHOU 100 PERCENT CLOTHING CO., LTD., GUANGZHOU DURCASE WIRELESS CO., LTD., GUANGZHOU IDEAL ELECTRONIC TECHNOLOGY LIMTED, GUANGZHOU MC GARMENT ACCESSORIES CO., LTD., HANGZHOU LIN'AN ORIGIN TRADING CO., LTD., JIANGMEN CITY SUNFEI SPORTS CO., LTD., JIANGXI KAIMEI GARMENT CO., LTD., JIATIANXIA TECHNOLOGY (SHENZHEN) CO., LTD., NEWO (SHENZHEN) TECHNOLOGY CO., LTD., NINGBO HAISHU YINGLI INTERNATIONAL TRADING CO., LTD., QUALITY PRODUCTS MANUFACTURE CO., LTD, SHENZHEN 3 TAKINS TRADING CO., LTD., SHENZHEN AGATHA TECH CO., LTD., SHENZHEN AIMAX INTELLIGENT TECHNOLOGY CO., LTD., SHENZHEN AINTE TECHNOLOGY CO., LTD., SHENZHEN AOTEMAO TECHNOLOGY CO., LTD., SHENZHEN CHENGYI HARDWARE CRAFT ACCESSORIES CO., LTD., SHENZHEN

CIVIL CASE NO.
20-cv-7894 (LTS)

[PROPOSED]
ORDER FOR
RETURN OF
SECURITY BOND

CHENHONG GIFTS CO., LTD., SHENZHEN CITY GECOOL ELECTRONIC TECHNOLOGY LIMITED COMPANY, SHENZHEN DOWNWIND TECHNOLOGY CO., LTD., SHENZHEN FIBERCHENG ELECTRONICS CO., LTD., SHENZHEN HAOXI YANG TRADING CO., LTD., SHENZHEN HENGYUE GIFTS CO., LTD., SHENZHEN JARY TECHNOLOGY CO., LTD., SHENZHEN JEZZ LIFE TECHNOLOGY CO., LTD., SHENZHEN KAILEEX TECHNOLOGY CO., LTD., SHENZHEN PXB TECHNOLOGY CO., LTD., SHENZHEN SIYUANDA TECHNOLOGY CO., LTD., SHENZHEN WANYANG GIFT CO., LTD., SHENZHEN XCZH TECHNOLOGY CO., LTD., SHENZHEN XIN SHENG RONG TRADING CO., LTD., SHENZHEN XINYUHONGSHENG TRADE CO., LTD., SHENZHEN YUEFENG TECHNOLOGY CO., LTD, SHOP3484013 STORE, SHOP5361124 STORE, SHOP900237396 STORE, SICHUAN LAIYUANYIFANG TRADING CO., LTD, STARS ST GLASSES STORE, WADE GROUP COMPANY LIMITED, YIWU BEYOND BELT LIMITED COMPANY, YIWU GUANLONG GARMENT ACCESSORIES CO., LTD., YIWU HOHI JEWELRY CO., LTD., YIWU KAIWEN PLASTIC PRODUCTS CO., LTD., YIWU MENGSHOU ELECTRONIC COMMERCE CO., LTD., YIWU YIMING E-COMMERCE FIRM, YIWU YOUWEI APPAREL CO., LTD., YIWU ZHAOYUAN NEW MATERIALS CO., LTD. and ZHONGSHAN CAIYING TEXTILE CO., LTD.,

*Defendants*

The Court, having entered a final default judgment and permanent injunction and having directed the Clerk of Court to close this case, the Court hereby GRANTS Plaintiff's request for the return of the Ten Thousand U.S. Dollar ($10,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Ten Thousand U.S. Dollar ($10,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY.

**SO ORDERED.**

SIGNED this 30th day of March, 2026, at 12:45 p.m.

_____
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE